| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | | |
| Case number *(if known)* | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
PVM Electric, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
45-3027862

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7000 S Dixie Highway, Suite 10**<br>**West Palm Beach, FL 33405**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
www.pvmelectric.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **PVM Electric, LLC**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2382__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Martin K. Minter** | | Relationship | **Principal of Debtor** | |
| District | **Southern District of Florida** | When | **5/03/19** | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **PVM Electric, LLC**  
Name

Case number (*if known*) _____

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **PVM Electric, LLC**  Case number (*if known*)
       Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 3, 2019**
                    MM / DD / YYYY

**X** **/s/ Martin K. Minter**             **Martin K. Minter**
   Signature of authorized representative of debtor       Printed name

Title    **MGRM**

**18. Signature of attorney**

**X** **/s/ Aaron A. Wernick**        Date **May 3, 2019**
   Signature of attorney for debtor                MM / DD / YYYY

**Aaron A. Wernick 14059**
Printed name

**FurrCohen P.A.**
Firm name

**2255 Glades Rd.**
**Suite 301E**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone    **561-395-0500**      Email address

**14059 FL**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **PVM Electric, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kalamata Capital Group**<br>30 Broad St., Suite 1201<br>New York, NY 10004 | | **Judgment and UCC** | | $349,092.47 | $100,000.00 | $249,092.47 |
| **World Electric**<br>6780 White Drive<br>West Palm Beach, FL 33407-1230 | | **Vendor** | | $367,797.97 | $150,000.00 | $217,797.97 |
| **Scannell Properties #217**<br>229 Brookwood Dr.<br>Suite 14<br>South Lyon, MI 48178 | | **Business loan** | | | | $150,000.00 |
| **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265 | | **Credit card** | | | | $85,765.54 |
| **Mircom Engineered Systems**<br>3801 N 29 Avenue<br>Hollywood, FL 33020 | | **Vendor** | | | | $53,761.90 |
| **OnDeck**<br>1400 Broadway<br>New York, NY 10018 | | **Business loan** | | | | $47,653.83 |
| **Sunbelt Rentals**<br>PO Box 409211<br>Atlanta, GA 30384-9211 | | **Vendor** | | | | $24,767.25 |
| **Sunbelt Rentals Inc.**<br>2015 Directors Row<br>Orlando, FL 32809 | | **Equipment Rental** | | | | $10,901.59 |
| **Line Tec**<br>241 NW 18th Ave<br>Delray Beach, FL 33444 | | **Vendor** | | | | $5,670.00 |

| Debtor | **PVM Electric, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WEX<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | | Vendor | | | | $4,035.18 |
| AT&T<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | | Phone service | | | | $2,436.98 |
| SunTrust Bank<br>Attn: Bankruptcy<br>PO Box 85092<br>MC-VA-WMRK-7952<br>Richmond, VA 23286 | | Vehicle Loan | | $22,322.00 | $20,000.00 | $2,322.00 |
| Pac-Van Inc.<br>9155 Harrison Park Court<br>Indianapolis, IN 46216 | | Vendor | | | | $2,219.19 |
| Cinque Partners LTD<br>P.O. Box 2411<br>Palm Beach, FL 33480 | | Rent | | | | $2,004.00 |
| American Small Business Resources<br>Joseph Tringali, President<br>1433 Hooper Ave, Suite 212<br>Toms River, NJ 08753 | | Consulting Service Agreement | | | | $2,000.00 |
| Edison Electrical Surplus, Inc.<br>2000 Ave P Suite 12<br>West Palm Beach, FL 33404 | | Trade debt | | | | $1,292.56 |
| Dixie Blueprint<br>1195 N Military Trail Ste 4<br>West Palm Beach, FL 33409 | | Vendor | | | | $913.88 |
| Comcast<br>PO Box 71211<br>Charlotte, NC 28272-1211 | | Vendor | | | | $832.12 |
| American Cutting and Drilling<br>2920 NW 22nd Terrace<br>Pompano Beach, FL 33069 | | Vendor | | | | $720.00 |

Debtor  **PVM Electric, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **K & M Electric Supply**<br>**7641 Central Industrial Drive**<br>**West Palm Beach, FL 33404-3487** | | **Vendor** | | | | $573.19 |

American Cutting and Drilling
2920 NW 22nd Terrace
Pompano Beach, FL 33069


American Express
P.O. Box 650448
Dallas, TX 75265


American Small Business Resources
Joseph Tringali, President
1433 Hooper Ave, Suite 212
Toms River, NJ 08753


AT&T
PO Box 6463
Carol Stream, IL 60197-6463


Berkovitch & Bouskila, PLLC
Ariel Bouskila, Esq.
Atty for Kalamata Capital Group
1330 6th Ave., Suite 600B
New York, NY 10019


Blue Book
PO Box 500
Jefferson Valley, NY 10535


Cinque Partners LTD
P.O. Box 2411
Palm Beach, FL 33480


Comcast
PO Box 71211
Charlotte, NC 28272-1211


Dixie Blueprint
1195 N Military Trail
Ste 4
West Palm Beach, FL 33409


Edison Electrical Surplus, Inc.
2000 Ave P Suite 12
West Palm Beach, FL 33404

```
FE Moran Security Solutions
201 W University Ave
Champaign, IL 61820


Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


K & M Electric Supply
7641 Central Industrial Drive
West Palm Beach, FL 33404-3487


Kalamata Capital Group
30 Broad St., Suite 1201
New York, NY 10004


Kalamata Capital Group
7315 Wisconsin Ave
East Tower, Suite 950
Bethesda, MD 20814


Line Tec
241 NW 18th Ave
Delray Beach, FL 33444


Mircom Engineered Systems
3801 N 29 Avenue
Hollywood, FL 33020


OnDeck
1400 Broadway
New York, NY 10018


Pac-Van Inc.
9155 Harrison Park Court
Indianapolis, IN 46216


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
```

```
Scannell Properties #217
229 Brookwood Dr.
Suite 14
South Lyon, MI 48178


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Sunbelt Rentals Inc.
2015 Directors Row
Orlando, FL 32809


SunTrust Bank
Attn: Bankruptcy
PO Box 85092
MC-VA-WMRK-7952
Richmond, VA 23286


WEX
PO Box 6293
Carol Stream, IL 60197-6293


World Electric
6780 White Drive
West Palm Beach, FL 33407-1230


YP
PO Box 5010
Carol Stream, IL 60197-5010
```